IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEREK GUBALA individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 14-cv-09039 |
| v. | ) ) Hon. Thomas M. Durkin |
| CVS HEALTH CORP., | ) ) ) |
| Defendant. | ) |

## STIPULATION

Plaintiff, Derek Gubala ("Plaintiff"), and Defendant, CVS Health Corp. ("Defendant") (collectively, the "Parties"), by their undersigned attorneys, hereby stipulate as follows:

1. In light of the Seventh Circuit's decision in *Damasco v. Clearwire Corp.*, 662 F.3d 891 (7th Cir. 2011), Plaintiff has filed a motion for class certification together with his Complaint to protect against individual settlement offers that potentially could moot his claim for class-wide relief.

2. To prevent Plaintiff's motion from remaining pending for an extended period of time, and at the Court's request, the Parties hereby agree as follows.

3. Upon execution and filing of this stipulation, the Court shall dismiss without prejudice Plaintiff's Motion for Class Certification. (Dkt. No. 5.)

4. From the time that the Court dismisses Plaintiff's Motion for Class Certification until the time that the Plaintiff files a renewed motion for class certification, Defendant agrees not to make any individual settlement offer to Plaintiff Derek Gubala without the prior consent of Plaintiff's Counsel.

Dated: January 23, 2015                                         Respectfully submitted,

DEREK GUBALA, individually and on                CVS HEALTH CORP.
behalf of all others similarly situated

By: */s/ Joseph J. Siprut*                                  By: */s/   Paul E. Benson*
    Joseph J. Siprut                                           Paul E. Benson
    *jsiprut@siprut.com*                                    *pebenson@michaelbest.com*
    Gregory W. Jones                                         Joseph Louis Olson
    *gjones@siprut.com*                                     *jlolson@michaelbest.com*
    Siprut PC                                                          Benjamin A. Kaplan
    17 N. State St.                                                   *bakaplan@michaelbest.com*
    Suite 1600                                                        MICHAEL BEST & FRIEDRICH LLP
    Chicago, IL 60602                                           100 East Wisconsin Avenue, Suite 3300
    312.236.0000                                                    Milwaukee, WI 53202-4108
    Fax: 312.267.1906                                           414.271.6560

    Nick Suciu III
    *nicksuciu@bmslawyers.com*                       Zachary J. Watters
    BARBAT, MANSOUR, & SUCIU PLLC       *zjwatters@michaelbest.com*
    434 West Alexandrine                                    MICHAEL BEST & FRIEDRICH LLC
    Suite 101                                                           Two Prudential Plaza
    Detroit, MI 48201                                             180 North Stetson Avenue, Suite 2000
    313.303.3472                                                    Chicago, IL 60601
                                                                                  312.222.0800
    E. Powell Miller, Esq.                                       *Attorneys for Defendant*
    Sharon S. Almonrode, Esq.
    *ssa@millerlawpc.com*
    THE MILLER LAW FIRM, P.C.
    950 W. University Drive, Suite 300
    Rochester, MI 48307
    248.841.2200
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing **Stipulation** was filed electronically with the Clerk of the Court using the CM/ECF system on this 23rd day of January, 2015 and served electronically on all counsel of record.

>            */s/ Joseph J. Siprut*
>            Joseph J. Siprut

4846-0887-4785, v. 1